# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States of America | Criminal Action No. 6:99-CR-60034 |
| versus | Judge Tucker L. Melançon |
| Phillip K. Sias | Magistrate Judge Hill |

## ORDER

Before the Court is a Motion to Reduce Sentence Pursuant to 18 U.S.C. Section 3582(c)(2) filed by defendant Phillip K. Sias [Rec. Doc.70]. The defendant bases his motion on *United States v. Wyatt*, 115 F.3d 606 (8th Cir. 1997), setting factors a Court should consider when deciding whether to modify a sentence under 18 U.S.C. § 3582(c)(2).

18 U.S.C. § 3582(c)(2) states, "The court may not modify a term of imprisonment once it has been imposed except that. . . in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing

Commission." Considering the factors set out in 18 U.S.C. § 3553(a) and the sentenced imposed by the Court on December 6, 1999, the Court finds that the defendant is not entitled to the relief he seeks. Accordingly, it is

**ORDERED** that Defendant's Motion to Reduce Sentence [Rec. Doc. 70] is hereby **DENIED**.

**THUS DONE AND SIGNED** this day 28th of August, 2006, at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE