# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **United States of America** | **Criminal Case No. 6:99CR60034-01** |
| **versus** | **Judge Tucker L. Melançon** |
| **Phillip K. Sias** | **Magistrate Judge Hill** |

## CERTIFICATE AS TO APPEALABILITY

Before the Court is a notice of appeal filed in the above caption habeas corpus case, in which the detention complained of arises out of a final order issued by this court.

After considering the entirety of the record in this case and the requirements of 28 U.S.C.§ 2253 and Federal Rule of Appellate Procedure 22(b), this Court hereby finds that a certificate of appealability should not issue for the following reasons:

The Court, having issued a final order on petitioner's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) on July 22, 2002 [Rec. Doc. 49] and August 28, 2006 [Rec. Doc. 71], hereby finds there is no basis in law for fact, as demonstrated by the record, that petitioner is entitled to he relief he seeks.

Signed at Lafayette, Louisiana, this 14th day of September, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE